PROB 12A
(06/15)

United States District Court
Southern District of Texas

**ENTERED**
March 11, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision – No Court Action Required

| | | | |
|---|---|---|---|
| Name of Offender: | Edward Wayne Rothlander | Case Number: | 4:15CR00022-001 |

Name of Sentencing Judge:   The Honorable David Hittner

Date of Original Sentence:   September 3, 2015

Original Offense:   Theft or receipt of stolen mail matter, aiding and abetting, in violation of 18 U.S.C. §§1708 and 2.

Original Sentence:   Thirty-seven (37) months imprisonment, $100 restitution and a $100 special assessment; followed by three years supervised release. Special conditions: drug treatment.

Type of Supervision:   Supervised Release      Supervision Started:   September 5, 2017

### EARLIER COURT ACTION

On January 22, 2018, a Probation Form 12A- Report on Offender Under Supervision, was filed with the Court as a result of the offender testing positive for amphetamines/methamphetamines. The offender was placed in drug treatment. No court action was recommended or taken.

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Law Violation: (Burglary of Habitation) [Mandatory Condition]:** According to the Criminal Complaint, on or about February 19, 2019, an officer with the Harris County Sheriff's Office, made contact with the complainant, Cameron Jordan, who stated the offender arrived at his residence located at 9717 Cypresswood Drive, in Harris County, Texas, looking for his girlfriend, who was visiting the Jordan residence. Jordan stated the offender kicked and banged on the door yelling "I know you are in there". The compliant stated the offender forced his way into the residence and began arguing with his girlfriend and causing a disturbance. Jordan stated that the |

offender's girlfriend then opened the door and told the offender that he was not allowed to come in. Jordan stated the offender's girlfriend tried to shut the door, but the offender put his foot in the door stopping his girlfriend from closing the door. Jordan stated the offender then forced his way into the residence and began arguing with his girlfriend and causing a disturbance. Jordan then told the offender to get out of his apartment; however, the offender refused. Jordan stated the offender continued to argue with his girlfriend and ignored his demands to leave his residence. Jordan told the offender to get the "f#ck out of his house." Jordan stated the offender became angrier and took a black spear that was hanging against the wall in the living area and threw it at him. Jordan stated that he then went into the kitchen to get a knife. When the offender saw Jordan going into the kitchen, he fled the scene. Jordan advised the officer that he was shaken by the incident and that he was afraid the offender would return and do harm to him. The offender was subsequently charged with the offense of burglary of habitation in the 228th District Court of Harris County, Texas, Cause No. 1622154. On March 3, 2019, the offender surrendered to the Harris County Sheriff's Office. On March 5, 2019, he was released on a $15,000 bond. As of this date, the next Court setting is pending.

**U.S. Probation Officer Action:**

The offender is currently employed and has been in compliance with his conditions of supervised release prior to this incident. He also successfully completed substance abuse treatment. The offender notified this U.S. Probation Officer of this incident. This offender respectfully recommends that no adverse action be taken at this time pending the disposition of the current law violation, and that the Court reserve the right to reconsider this violation if further noncompliant behavior continues. The probation officer will continue to monitor the State case and advise the Court of its final disposition.

Approved:                                             Respectfully submitted,

                                              By:

_____                        _____
Norma G. Cruz, Supervising                            Kimberly Vaults
United States Probation Officer                       United States Probation Officer
                                                      March 5, 2019

Name of Offender: Edward Wayne Rothlander
Case Number: 4:15CR00022-001
Page Number: 3

[ ]     Court Concurs with Recommended Action

[ ]     Submit a Request for Modifying the Condition(s) or Term of Supervision

[X]     Submit a Request for ~~Warrant or~~ Summons

[ ]     Other:

David Hittner
U. S. District Judge

3/7/19
Date